UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH SCOTT )<br>)<br>  PLAINTIFF, )<br>)<br>  v. )<br>)<br>Office of RODNEY ALEXANDER )<br>Member, U.S. House of Representatives )<br>)<br>  DEFENDANT. )<br>) | CIVIL ACTION NO. 1:06CV01661 (CKK) |

**AFFIDAVIT OF SERVICE**
**REGARDING SERVICE OF ATTORNEY GENERAL**

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(l) and 4(i)(2)(A).

1. My name is Nancy L. Collins, and my address is 1101 14th Street, N.W., Suite 710, Washington, DC 20005.

2. I am over the age of 18.

3. I am not a party to the above-captioned lawsuit.

4. On September 29, 2006, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

5. The return receipt was returned to my office with a date stamp indicating receipt on October 3, 2006.

6.  I have attached a copy of the Domestic Return Receipt card.

_____
Nancy L Collins

Subscribed and sworn to me this
17 day of October, 2006:

_____
Notary Public
My commission expires:

TRACY C. HOARE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

```
Michael J. Hoare
MICHAEL J. HOARE, P.C.
1101 14th Street NW
Suite 710
Washington, DC   20005
```

re: E. Scott
9·29·06

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery<br>C. Signature OCT 0 3 2006<br>X    ☐ Agent    ☐ Addressee |
| 1. Article Addressed to:<br><br>Attorney General<br>  of the United States<br>US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC   20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7005 1820 0002 8095 8951 |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-99-M-1789 |