UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH SCOTT )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>Office of RODNEY ALEXANDER )<br>Member, U.S. House of Representatives )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 1:06CV01661 (CKK) |

**AFFIDAVIT OF SERVICE**
**REGARDING SERVICE OF U.S. HOUSE OF REPRESENTATIVES**
**OFFICE OF HOUSE EMPLOYMENT COUNSEL**

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(l) and 4(i)(2)(A).

1. My name is Nancy L. Collins, and my address is 1101 14th Street, N.W., Suite 710, Washington, DC 20005.

2. I am over the age of 18.

3. I am not a party to the above-captioned lawsuit.

4. On September 29, 2006, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: Gloria Lett, U.S. House of Representatives, Office of House Employment Counsel, 1036 Longworth House Office Building, Washington, DC 20515. Ms. Lett serves as counsel for Defendant and had previously indicated to Plaintiff's counsel her consent to accept service on behalf of Defendant.

5. The signed return receipt was returned to this office on October 4, 2006 without a

1

date stamp.

      6.      I have attached a copy of the Domestic Return Receipt card.

                                                  _____
                                                  Nancy L Collins

Subscribed and sworn to me this
17 day of October, 2006:

_____
Notary Public
My commission expires:

                        TRACY C. HOARE
               NOTARY PUBLIC DISTRICT OF COLUMBIA
                My Commission Expires June 30, 2011

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

```
Michael J. Hoare
MICHAEL J. HOARE, P.C.
1101  14th Street, NW
Suite 710
Washington, DC  20005
```

RE: E. Scott
9-29-06

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): LISA Jolly MARSHALL
C. Date of Delivery

1. Article Addressed to:

```
Gloria Lett
U.S. House of Representatives
Office of House Employment Counsel
1036 Longworth House Off
                        Blding
Washington, DC  20515
```

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540