UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH SCOTT )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>Office of RODNEY ALEXANDER )<br>Member, U.S. House of Representatives )<br>)<br>DEFENDANT. )<br>) | CIVIL ACTION NO. 1:06CV01661 (CKK) |

**AFFIDAVIT OF SERVICE**
**REGARDING SERVICE OF UNITED STATES ATTORNEY'S OFFICE**

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(l) and 4(i)(2)(A).

1. My name is Nancy L. Collins, and my address is 1101 14th Street, N.W., Suite 710, Washington, DC 20005.

2. I am over the age of 18.

3. I am not a party to the above-captioned lawsuit.

4. On September 29, 2006, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: Civil Process Clerk, United States Attorney's Office, 555 4th Street, NW, Washington, DC 20530.

5. The return receipt was returned to my office with a date stamp indicating receipt on October 3, 2006.

6. I have attached a copy of the Domestic Return Receipt card.

1

_Nancy L Collins_
Nancy L Collins

Subscribed and sworn to me this
17 day of October, 2006:

_signature_
Notary Public
My commission expires:

TRACY C. HOARE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

> Michael J. Hoare
> Michael J. Hoare, PC
> 1101 14th Street NW
> Suite 710
> Washington, DC    20005

re: E. Scott
9-29-06

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  [signature]    B. Date of Delivery<br><br>C. Signature  OCT 0 3 2006<br>X                                              ☐ Agent<br>                                                ☐ Addressee |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>US Attorney's Office<br>555 4th Street NW<br>Washington, DC    20530 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☒ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt ~~for Merchandise~~<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7005 1820 0002 8095 8944 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789