UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELIZABETH SCOTT ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. 1:06CV01661 (CKK) |
| v. ) | |
| ) | |
| Office of RODNEY ALEXANDER ) | |
| Member, U.S. House of Representatives ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

### AFFIDAVIT OF SERVICE
### REGARDING SERVICE OF U.S. HOUSE OF REPRESENTATIVES OFFICE OF HOUSE EMPLOYMENT COUNSEL

This Affidavit of Service is filed pursuant to Fed. R. Civ. P 4(l) and 4(i)(2)(A).

1.  My name is Nancy L. Collins, and my address is 1101 14th Street, N.W., Suite 710, Washington, DC 20005.

2.  I am over the age of 18.

3.  I am not a party to the above-captioned lawsuit.

4.  On September 29, 2006, I mailed, via certified mail, return receipt requested, a copy of the Complaint and Summons in the above-captioned case to: Gloria Lett, U.S. House of Representatives, Office of House Employment Counsel, 1036 Longworth House Office Building, Washington, DC 20515. Ms. Lett serves as counsel for Defendant and had previously indicated to Plaintiff's counsel her consent to accept service on behalf of Defendant.

5.  The signed return receipt was returned to this office on October 4, 2006 without a

1

date stamp.

6. I have attached a copy of the Domestic Return Receipt card.

*Nancy L Collins*
Nancy L Collins

Subscribed and sworn to me this
17 day of October, 2006:

*[signature]*
Notary Public
My commission expires:

TRACY C. HOARE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

2

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

```
Michael J. Hoare
MICHAEL J. HOARE, P.C.
1101  14th Street, NW
Suite 710
Washington, DC  20005
```

RE: E. Scott
9-29-06

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ___ ☐ Agent ☐ Addressee

B. Received by (Printed Name): LISA Jolly MARSHALL

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:

```
Gloria Lett
U.S. House of Representatives
Office of House Employment Counsel
1036 Longworth House Off
                  Blding
Washington, DC  20515
```

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540