UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH SCOTT, <br><br> PLAINTIFF, <br><br> v. <br><br> Office of Rep. RODNEY ALEXANDER <br> Member, U.S. House of Representatives <br><br> DEFENDANT. | CIVIL ACTION NO. 1:06CV01661 (CKK) |

**JOINT LOCAL RULE 16.3 CONFERENCE**
**REPORT AND PROPOSED SCHEDULING ORDERS**

Pursuant to the Rules of this Court, counsel in the above-captioned matter submit this report regarding the issues discussed during their December 14, 2006 Rule 26(f) and LCvR 16.3 conference.

*I.     Matters Discussed*

1.   Status of Dispositive Motions.  Plaintiff does not believe that this matter may be resolved by dispositive motion under Rule 56.  Defendant believes that this action may be dismissed through a Motion for Summary Judgment to be filed following discovery.  There are presently no pending or anticipated dispositive motions that may delay discovery.

2.   Amended Pleadings.  Plaintiff requests that any amended pleadings be due within 30 days following the exchange of initial disclosures in this matter and/or Defendant's response to Plaintiff's initial discovery.  Plaintiff intends to file a

1

supplemental complaint asserting a claim that was unavailable when the instant complaint was filed and which is presently in the pre-suit administrative process. Defendant requests that any amended pleadings be due within 30 days from the date of the Court's Scheduling Order.

3. <u>Assignment to Magistrate Judge</u>. Plaintiff consents to the assignment of a Magistrate Judge for all purposes, including trial; Defendant consents to the assignment of a Magistrate Judge solely to act as a mediator consistent with the provisions of Paragraph 5 below.

4. <u>Settlement Possibility</u>. The parties are willing to entertain the possibility of settlement.

5. <u>Alternative Dispute Procedures</u>. The parties are willing to submit to mediation efforts during a 45-day period prior to the start of discovery. The 45-day time frame may be enlarged or shortened by the mediator upon a determination by the mediator, with the concurrence of the parties, that such enlargement or shortening is warranted based upon the progress of the discussions. In the event that this attempt at mediation is unsuccessful, the parties remain willing to return to alternative dispute resolution at some later point during the course of this litigation.

6. <u>Dispositive Motions</u>. Defendant intends to file a motion for summary judgment in this matter. Defendant believes that any dispositive motion should be filed within 60 days after close of discovery, that any opposition should be filed within 30 days after the date of the motion, and that any reply be filed within 14 days after

the date of the opposition. Plaintiff believes that any Rule 56 motion should be due 30 days after close of discovery.

7. Initial Disclosures. The parties agree that initial disclosures should be exchanged within 30 days after the conclusion of the mediation period described in paragraph 5, if a settlement agreement is not reached by the parties during mediation.

8. Discovery. Plaintiff believes that six months will be required to conduct discovery; Defendant believes that four months is a sufficient time frame for discovery. The parties agree that the number of interrogatories should be set at 25. Without an evaluation of Defendant's responses to Plaintiff's initial discovery, Plaintiff is unable to assess how many depositions she may need but does not presently anticipate that she will need to exceed the presumptive limits of ten depositions; Defendant believes that given the straightforward nature of this case the number of depositions should be set at five. Plaintiff does not agree that this case is "straightforward"; rather, Plaintiff believes that this case presents multiple fact-sensitive liability and damages issues.

9. Experts. The parties do not presently anticipate the use of expert witnesses. However, the parties each reserve the right to retain an expert depending on the presentation of evidence. In the event any expert is engaged in this matter, the parties agree that the provisions of Rule 26(a)(2) shall govern.

10. Class Action Procedures. Not applicable.

11. Bifurcation of Discovery or Trial. The parties do not believe that this matter should be bifurcated.

12. <u>Proposed Date for Pretrial Conference</u>.  The parties request that a pretrial conference be scheduled within 60 days after the Court rules on any motion for summary judgment that may be filed, or within 60 days of the close of discovery if no motion for summary judgment is filed.

13. <u>Trial Date</u>.  The parties request that a trial date be set at the pretrial conference.

## II.     *Proposed Scheduling Orders*

In light of their disagreements as set forth above, the parties submit alternative proposed scheduling orders, attached hereto as Exhibits 1 (Plaintiff's) and 2 (Defendant's).

Respectfully submitted,

_____/s/_____
Michael J. Hoare [DC Bar No. 206979]
Dennis Chong [DC Bar No. 471131]
MICHAEL J. HOARE, P.C.
1101 14th Street, NW
Suite 710
Washington, D.C.  20005
(202) 408.7901
(202) 408.7903 (Fax)
Attorneys for Plaintiff

_____/s/_____
Kimberly Carey Williams [VSB #41325]
Gloria J. Lett [DC Bar No.293365]
Office of House Employment Counsel
U.S. House of Representatives
1036 Longworth Building
Washington, DC 20515
(202) 225.7075
(202) 225.7033 (fax)
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELIZABETH SCOTT<br><br>PLAINTIFF,<br><br>v.<br><br>Office of RODNEY ALEXANDER<br>Member, U.S. House of Representatives<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:06CV01661 (CKK) |

**PROPOSED SCHEDULING ORDER**

UPON CONSIDERATION of the Joint Local Rule 16.3 Conference Report of the parties submitted pursuant to LCvR 16.3(d) and the full record, it is hereby ORDERED that:

1. Pleadings may be amended or parties joined for 30 days following the exchange of initial disclosures in this matter, or following Plaintiff's receipt of Defendant's responses to Plaintiff's initial discovery, whichever is earlier.

2. This matter shall be assigned to _____ for a period of 45 days for purposes of conducting mediation efforts between the parties. The 45-day time frame may be enlarged or shortened by the mediator upon a determination by the mediator, with the concurrence of the parties, that such enlargement or shortening is warranted based upon the progress of the discussions.

3. Initial disclosures specified in Fed. R. Civ. P. 26(a)(1) shall be made within 30 days after the date upon which the mediator (set forth in paragraph 2, above), with the concurrence of the parties, determines that mediation efforts will not be successful. In the event

1

that the mediator and the parties do not expand or shorten the time period for mediation, the parties shall exchange initial disclosures 30 days after the 45th day after the date of this Order.

    4.    Discovery shall close six months after the date upon which the mediator (set forth in paragraph 2, above), with the concurrence of the parties, determines that mediation efforts will not be successful. In the event that the mediator and the parties do not expand or shorten the time period for mediation, discovery shall close six months after days after the 45th day after the date of this Order.

    5.    Discovery shall be conducted as provided in the Federal Rules of Civil Procedure and Local Civil Rule 26.2, and within the limitations contained therein.

    6.    The parties may file any motions for summary judgment within 60 days of the close of discovery. Oppositions thereto shall be due within 30 days thereafter and replies may be filed within 14 days of the date the opposition is filed.

    7.    The pretrial conference shall take place approximately 60 days after the Court decides any summary judgment motion, or if no summary judgment motions are filed, within 60 days from the deadline for filing summary judgment motions.

    8.    The trial date shall be set at the pretrial conference.

So ordered this _____ day of _____, 2006.

 

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Scott,**<br>      **Plaintiff,**<br><br>v.<br><br>**Office of Rodney Alexander,**<br>**Member, U.S. House of Representatives**<br>      **Defendant.** | )<br>)<br>)<br>)<br>)   Civ. No. 1:06CV01661 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **SCHEDULING ORDER**

UPON CONSIDERATION of the Joint Local Rule 16.3 Conference Report of the parties submitted pursuant to LCvR 16.3(d) and the full record, it is hereby ORDERED that:

1. Pleadings may be amended within 30 days from the date of this Order.

2. The case is referred to Magistrate Judge _____ for a period of 45 days to provide the parties an opportunity, with the assistance of the Magistrate Judge, to discuss settlement. The 45-day time frame may be enlarged or shortened by the Magistrate Judge upon a determination by the Magistrate Judge, with the concurrence of the parties, that such enlargement or shortening is warranted based upon the progress of the discussions.

3. Initial disclosures specified in Fed. R. Civ. P. 26(a)(1) shall be made within 30 days after mediation concludes if no settlement is reached.

4. Discovery shall be limited to a period of 120 days, with such discovery period to begin upon the expiration of the settlement period described above.

5. Discovery shall be conducted as provided in the Federal Rules of Civil Procedure

and Local Civil Rule 26.2, and within the limitations contained therein. Without leave of court or written stipulation of the parties, each party shall be limited to 25 interrogatories and five depositions.

6. The parties may file any motions for summary judgment electronically within 60 days of the close of discovery. Oppositions thereto shall be due within 30 days and replies may be filed within 14 days of the filing of an opposition.

7. The pre-trial conference will take place approximately 60 days after the Court decides any summary judgment motions, or if no summary judgment motions are filed, 60 days from the deadline for filing summary judgment motions.

8. The trial date shall be set at the pre-trial conference.

Ordered this _____ day of _____, 2006.


_____
The Hon. Colleen Kollar-Kotelly
United States District Court Judge