UNITED STATES DISTRICT COURT
for the District of Columbia

| | |
|---|---|
| ELIZABETH B. SCOTT, | ) |
| Plaintiff, | ) Civil Action No. 1:06CV01661 (CKK) |
| v. | ) |
| Office of Congressman RODNEY ALEXANDER, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL COMPLAINT**

COMES NOW Plaintiff Elizabeth Scott, by and through her attorneys, and moves this Court pursuant to the Fed. R. Civ. P. Rule 15(d) for leave to file a supplemental complaint.

A copy of the proposed supplemental complaint is attached hereto. The supplemental allegations are contained in Count V (POST-EMPLOYMENT RETALIATION). These claims have ripened through the requisite administrative process since the initial complaint was filed in September 2006.

The grounds for this motion are set out in the memorandum filed herewith.

Defendant's counsel was contacted regarding Plaintiff's intent to file this motion. Defendant's counsel declined to consent to this motion.

WHEREFORE Plaintiff respectfully requests that this Court grant her motion, allow her to file the attached supplemental complaint and require Defendant to plead to the supplemental complaint within a specified abbreviated time.

Respectfully submitted,

_____/s/_____
Michael J. Hoare, Esq. [D.C. Bar No. 206979]
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W.
Suite 710
Washington, DC 20005
202.408.7901
202.408.7903 (fax)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
for the District of Columbia

| | |
|---|---|
| ELIZABETH B. SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Office of Congressman RODNEY ALEXANDER, )<br>)<br>Defendant. ) | Civil Action No. 1:06CV01661 (CKK) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER
MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

This memorandum is filed in support of Plaintiff's motion for leave to file a supplemental complaint.

On September 27, 2006, Plaintiff filed her initial judicial complaint in this matter alleging sexual harassment, sex discrimination and retaliation in violation of the Congressional Accountability Act of 1995, 2 U.S.C. §§1301 et seq.

During the summer of 2006, Plaintiff's account at the Congressional Federal Credit Union was frozen without notice to her and thereafter invaded and her monies withdrawn, again without notice to her. Plaintiff alleges in her supplemental Count V that these actions were initiated by Defendant and/or Defendant's agents and that this conduct constituted unlawful retaliation under Sec. 207 of the Congressional Accountability Act, 2 U.S.C. §1317, and under Title VII, 42 U.S.C. § 2000e-3, as applied to the legislative branch of the federal government under 2 U.S.C. § 1302(a)(2).

Plaintiff timely initiated the requisite pre-suit administrative action before the Office of Compliance regarding the allegation contained in Count V and thereafter unsuccessfully attempted to mediate these matters. <u>See</u> Secs. 401-404 of the Congressional Accountability Act, 2 U.S.C. §§ 1401-1404. The pre-suit administrative procedures were exhausted as of December 22, 2006.

Having exhausted her pre-suit administrative remedies, Plaintiff now seeks to assert her claim of retaliation as set forth in the Count V of the proposed Supplemental Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court grants her leave to file herewith her Supplemental Complaint and that an order issued requiring that Defendant plead to the supplemental pleading within a specified abbreviated time.

Respectfully submitted,

_____/s/_____
Michael J. Hoare, Esq. [D.C. Bar No. 206979]
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W.
Suite 710
Washington, DC 20005
202.408.7901
202.408.7903 (fax)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
for the District of Columbia

|  |  |  |
|---|---|---|
| ELIZABETH B. SCOTT, | ) | |
| Plaintiff, | ) | Civil Action No. 1:06CV01661 (CKK) |
| v. | ) | |
| Office of Congressman RODNEY ALEXANDER, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Supplemental Complaint, and any opposition thereto, it is this _____ day of _____, 200___

ORDERED that the motion is granted. Plaintiff's Supplemental Complaint shall be deemed filed as of the date of this Order. Defendant shall plead to the Supplemental Complaint within _____ days from the date of this Order.

_____
Judge Colleen Kollar-Kotelly