IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELIZABETH SCOTT ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF RODNEY ALEXANDER, ) <br> Member, U.S. House of Representatives ) <br> ) <br> Defendant. ) | Civil Action No. 1:06CV01661 (CKK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.6(a), Gloria J. Lett, Counsel, Office of House Employment Counsel, U.S. House of Representatives, 1036 Longworth House Office Building, Washington, D.C. 20515, hereby enters her appearance as counsel for Defendant, Office of Rodney Alexander, in the above-referenced matter.  Kimberly Carey

/

/

/

/

/

/

Williams, Senior Associate Counsel, will continue to represent Defendant in this matter as well.

                    Respectfully Submitted,

          By_____/s/_____
                    Gloria J. Lett, D.C. Bar # 293365
                    Kimberly Carey Williams, VSB # 41325
                    U.S. House of Representatives
                    Office of House Employment Counsel
                    1036 Longworth House Office Building
                    Washington, D.C.  20515
                    (202) 225-7075

                    Attorneys for Defendant
                    Office of Rep. Rodney Alexander

DATED:      January 3, 2007