IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELIZABETH SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF RODNEY ALEXANDER,<br>Member, U.S. House of Representatives<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV01661 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.6(a), Russell H. Gore, Associate Counsel, Office of House Employment Counsel, U.S. House of Representatives, 1036 Longworth House Office Building, Washington, D.C. 20515, hereby enters his appearance as counsel for Defendant, Office of Rodney Alexander, in the above-referenced matter.

/

/

/

/

/

/

Gloria Lett, Counsel, and Kimberly Carey Williams, Senior Associate Counsel, will continue to represent Defendant in this matter as well.

                                          Respectfully Submitted,

                    By_____/s/_____
                            Gloria J. Lett, D.C. Bar # 293365
                            Kimberly Carey Williams, VSB # 41325
                            Russell H. Gore, D.C. Bar # 449231
                            U.S. House of Representatives
                            Office of House Employment Counsel
                            1036 Longworth House Office Building
                            Washington, D.C.  20515
                            (202) 225-7075

                            Attorneys for Defendant
                            Office of Rep. Rodney Alexander

DATED:       January 3, 2007