UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH SCOTT,<br><br>     Plaintiff,<br><br>     v.<br><br>Office of Rep. RODNEY ALEXANDER<br>Member, U.S. House of Representatives,<br><br>     Defendant. | Civil Action No. 06-1661 (CKK) |

**ORDER**
(January 4, 2007)

In accordance with the parties' Joint 16.3 Statement, filed December 22, 2006, it appears to the Court that all parties have consented to mediation.

Accordingly, it is this 4th day of January, 2007, hereby

**ORDERED** that this case is referred to Magistrate Judge Alan Kay for mediation; it is further

**ORDERED** that counsel and parties, including persons with settlement authority attend mediation; and it is further

**ORDERED** that mediation efforts shall extend from January 4, 2007 through March 9, 2007 (the parties should jointly contact Judge Kay's chambers at their earliest convenience to schedule specific dates); it is further

**ORDERED** that should the parties fail to resolve this case through their pre-discovery mediation efforts, an initial scheduling conference in this case shall be set for Friday, March 16,

2007, at 9:00 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex.

                                                  /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge

cc:    Magistrate Judge Kay