IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELIZABETH SCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF RODNEY ALEXANDER,<br>Member, U.S. House of Representatives<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV01661 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

Pursuant to the Court's request made during the January 4, 2007 conference with counsel, Defendant, the Office of Rodney Alexander, through undersigned counsel, hereby advises the Court that it does not oppose Plaintiff's Motion for Leave to File Supplemental Complaint. In accordance with Fed. R. Civ. Pro. 6 and 15, Defendant will file its response to the Supplemental Complaint on or before January 22, 2007. Defendant's non-opposition to the Motion for Leave does not waive any defenses to the Supplemental Complaint and, indeed,

/

/

/

/

Defendant vigorously denies the allegations and expressly preserves all defenses thereto.

                Respectfully Submitted,

By_____/s/_____
        Gloria J. Lett, D.C. Bar # 293365
        Kimberly Carey Williams, VSB # 41325
        Russell H. Gore, D.C. Bar # 449231
        U.S. House of Representatives
        Office of House Employment Counsel
        1036 Longworth House Office Building
        Washington, D.C.  20515
        (202) 225-7075

        Attorneys for Defendant
        Office of Rep. Rodney Alexander

DATED:   January 11, 2007