UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELIZABETH SCOTT | ) | |
| PLAINTIFF, | ) | |
|  | ) | CIVIL ACTION NO. 1:06CV01661 (CKK) |
| v. | ) | |
| Office of RODNEY ALEXANDER | ) | |
| Member, U.S. House of Representatives | ) | |
| DEFENDANT. | ) | |

### JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISCOVERY PLAN

COME NOW the parties to this action and respectfully request that the Court grant them two additional days within which to file their Status Report as to Discovery Plan.

On March 16, 2007, the Court entered a Scheduling and Procedures Order which provided, inter alia, that the parties complete a discovery plan, including "precise dates for deposition and the exchange of written discovery," within ten days from that date. See Order of March 16, 2007, at 6.

In the intervening time, counsel for the parties have endeavored in good faith to discuss any issues which may arise during the course of discovery, and to discuss their inclusion in the discovery plan. Unfortunately, counsel have been unable to settle upon a mutually agreeable final document within the time frame established by the Court.

The parties are confident and hopeful that an acceptable joint discovery plan can be prepared and filed with the Court with an additional two days within which to file the plan.

WHEREFORE, the parties jointly request that the Court grant a brief enlargement of two days within which to file their "Status Report as to Discovery Plan."

Respectfully submitted,

_____/s/_____
Michael J. Hoare [DC Bar No. 206979]
MICHAEL J. HOARE, P.C.
1101 14th Street, NW
Suite 710
Washington, D.C. 20005
(202) 408.7901
(202) 408.7903 (Fax)
Attorney for Plaintiff


_____/s/_____
Gloria J. Lett [DC Bar No.293365]
Russell Gore [DC Bar No. 449231]
Kimberly Carey Williams [VSB 41325]
Office of House Employment Counsel
U.S. House of Representatives
1036 Longworth Building
Washington, DC 20515
(202) 225.7075
(202) 225.7033 (fax)
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH SCOTT ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. 1:06CV01661 (CKK) |
| v. ) | |
| ) | |
| Office of RODNEY ALEXANDER ) | |
| Member, U.S. House of Representatives ) | |
| ) | |
| DEFENDANT. ) | |

**ORDER**

Upon consideration pf the parties' Joint Motion for an Enlargement of Time Within Which to File Discovery Plan, it is this ____ day of _____, 2007

ORDERED that the motion is granted.

_____
Hon. Colleen Kollar-Kotelly

1