UNITED STATES DISTRICT COURT
for the District of Columbia

_____
                                    )
ELIZABETH B. SCOTT,                 )
                                    )
    Plaintiff,                      )   Civil Action No. 1:06CV01661 (CKK)
                                    )
v.                                  )
                                    )
Office of Congressman RODNEY ALEXANDER, )
                                    )
    Defendant.                     )
_____ )

**PLAINTIFF'S SUPPLEMENT TO JOINT STATUS REPORT
AS TO DISCOVERY PLAN**

Plaintiff moves to supplement the Joint Status Report as to Discovery Plan, filed on March 28, 2007 as follows:

**III.  Electronically Stored Information**

Plaintiff's counsel conferenced by phone with Defendant's counsel, Russell H. Gore, on March 29, 2007 to address a matter omitted inadvertently from the parties' Joint Status Report as to Discovery Plan, filed on March 28, 2007, namely electronically stored information. Rule 16(b)(5).

Defendant's counsel declined to set a date for discussion about disclosure or discovery of electronically stored information, stating his belief that scheduling such a meeting would be premature.

Respectfully Submitted,
By___/s/_____
Michael J. Hoare, D.C. Bar #206979
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W.
Washington, D.C. 20005
(202) 408-7901
Attorney for Plaintiff Elizabeth Scott        DATED:  March 29, 2007