UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH SCOTT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF RODNEY ALEXANDER,<br>Member, U.S. House of Representatives,<br><br>　　Defendant. | Civil Action No. 06–1661 (CKK) |

**ORDER**

The above-captioned case has been referred to Magistrate Judge Alan Kay for the disposition of all pending discovery disputes and future discovery-related motions pursuant to LCvR 72.2(a).

Accordingly, it is this 9th day of April, 2007,

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge