IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELIZABETH SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:06CV01661 |
| OFFICE OF RODNEY ALEXANDER, ) | (CKK/AK) |
| U.S. House of Representatives ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT REGARDING DISCOVERY AND BRIEFING SCHEDULE

Pursuant to the Court's Order of May 31, 2007, the parties have conferred and submit the following joint report.

The parties submit that they have different views regarding a stay of discovery. Defendant believes the D.C. Circuit's decision in *Fields* and other precedents regarding the Speech or Debate Clause, as well as the constitutional significance and uniqueness of the Clause and separation-of-powers principles, mandate that the case be stayed immediately upon the assertion of the privilege unless and until such time as the Court rules on the Speech or Debate assertion pursuant to the *Fields* framework. Plaintiff, on the other hand, believes that a stay of discovery requires an appropriate motion supported by competent evidence sufficient to warrant a determination that the challenged conduct is of such a character to implicate the Speech or Debate Clause and therefore warrants protection from discovery under that Clause. Despite these differences, the parties

recognize that the Court's resolution of the Speech or Debate Clause issue will likely have some impact on the course of discovery and future litigation of this case. Therefore, and without waiving their respective positions regarding the right or propriety of a stay in these circumstances, the parties agree that it is in the best interests of the preservation of their and the Court's resources that the Court issue an Order staying discovery until further order of the Court.

The parties further agree that in light of the D.C. Circuit's resolution of *Fields*, the parties and this Court will, to some extent, be charting new legal territory. Therefore, the parties believe a briefing schedule which permits them and the Court to fully and deliberatively evaluate these issues is appropriate. Further, they have conferred on a schedule which adequately takes into consideration the respective parties' and their counsels' obligations and vacations. Accordingly, the parties suggest the following briefing schedule:

| | |
|---|---|
| Defendant's Motion to Dismiss: | August 6, 2007 |
| Plaintiff's Opposition to Motion to Dismiss: | October 22, 2007 |
| Defendant's Reply: | November 14, 2007 |

Respectfully submitted,

By_____*signed with permission*_____    By_____s/s_____
Michael J. Hoare, D.C. Bar #206979    Russell H. Gore, D.C. Bar # 449231
MICHAEL J. HOARE, P.C.    Gloria J. Lett, D.C. Bar # 293365
1101 14th Street, N.W.    Kimberly Carey Williams, VSB # 41325
Washington, D.C. 20005    U.S. House of Representatives
(202) 408-7901    Office of House Employment Counsel
Attorney for Plaintiff Elizabeth Scott    1036 Longworth House Office Building
   Washington, D.C. 20515
   (202) 225-7075
   Attorneys for Defendant
   Office of Rep. Rodney Alexander

DATED: June 4, 2007.