UNITED STATES DISTRICT COURT
for the District of Columbia

|  |  |
|---|---|
| ELIZABETH B. SCOTT, | ) |
| Plaintiff, | ) Civil Action No. 1:06CV01661 |
|  | ) (CKK/AK) |
| v. | ) |
| Office of Congressman RODNEY ALEXANDER, | ) |
| Defendant. | ) |

**MOTION TO SEAL**

Pursuant to LCvR 5.1(j), Plaintiff Scott by and through her counsel, moves the Court for leave to file under seal particular pages from specific pleadings.

A Stipulated Protective Order Concerning Confidentiality and other matters was entered in this case on/about April 24, 2007. Plaintiff does not believe that the terms of that Order are applicable in this instance, but recognizes that Defendant will likely disagree with that position. Thus, to avoid controversy, Plaintiff seeks to file under seal a portion of a sentence from Plaintiff's Response to Defendant's Statement of Material Facts Not in Dispute (p.6, ¶ (u)), one sentence from Defendant's Opposition to Defendant's Motion for Summary Judgment (p.9) and a portion of paragraph 9 from Declaration of Elizabeth Scott (p. 2) and the whole of Plaintiff's Exhibit 3 consisting of relevant parts of Plaintiff's deposition testimony (42 pps.). These pages each contain references to material that Defendant may consider sensitive.

Public copies of the referenced documents were filed on August 24, 2007, with the sensitive information redacted.

Wherefore, Plaintiff requests that the court accept this pleading an the attached envelope consisting of 45 pages for filing under seal.

Respectfully submitted,

_____
Michael J. Hoare [D.C. Bar #206979]
MICHAEL J. HOARE, P.C.
1101 14th Street, N.W., Suite 710
Washington, D.C. 20005
mjh@michaeljhoare.com
(202) 408-7901
(202) 408-7903 (fax)
Attorney for Plaintiff Elizabeth Scott

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of August, 2007, I caused to be served, by email, a copy of the foregoing Motion to Seal upon:

Russell F. Gore
Office of the House Employment Counsel
1036 Longworth House Office Building
Washington, DC 20515-5532
Russell.gore@mail.house.gov

_____
Michael J. Hoare