UNITED STATES DISTRICT COURT
for the District of Columbia

| | |
|---|---|
| ELIZABETH B. SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>Office of Congressman RODNEY ALEXANDER,<br><br>    Defendant. | Civil Action No. 1:06CV01661 (CKK)<br><br>**FILED**<br><br>AUG 3 0 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Having considered Defendant's Motion to Seal and any opposition thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. Those portions of Plaintiff's Opposition to Defendant's Motion for Summary Judgment which were redacted from the publicly-filed version and which were submitted to the Court under its motion will remain under seal absent a further Order from this Court unsealing them.

SO ORDERED.

Aug. 30, 2007
Date

Colleen Kollar Kotelly
United States District Court Judge


(N)