UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH SCOTT,

     Plaintiff,

     v.

OFFICE OF RODNEY ALEXANDER,
Member, U.S. House of Representatives,

     Defendant.

Civil Action No. 06–1661 (CKK)

**ORDER**
(December 3, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this

3rd day of December, 2007, hereby

**ORDERED** that Defendant's [27] Motion to Dismiss Count III is GRANTED; it is

further

**ORDERED** that Defendant's [26] Motion for Summary Judgment on Counts I and IV is

DENIED WITHOUT PREJUDICE; and it is further

**ORDERED** that the discovery stay shall be lifted, and Plaintiff shall be precluded from

seeking discovery or otherwise inquiring about Congressman Rodney Alexander's reasons for

removing her as Scheduler.  The proper focus of the remaining discovery for Counts I and IV

appears to be the conduct that other individuals may have observed at times relevant to the

Complaint, and what Plaintiff may have told others about such conduct.

Date:    December 3, 2007

          _/s/_____
          COLLEEN KOLLAR-KOTELLY
          United States District Judge