UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIZABETH SCOTT,

   Plaintiff,

   v.

OFFICE OF RODNEY ALEXANDER,
Member, U.S. House of Representatives,

   Defendant.

Civil Action No. 06-1661 (CKK)

**ORDER**

The Court has been informed by Magistrate Judge Alan Kay that the Parties in the above-captioned case have reached a settlement in principle. Accordingly, it is, this 6th day of February, 2008, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until April 8, 2008. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice.

   **SO ORDERED.**

                                        /s/
                                   COLLEEN KOLLAR-KOTELLY
                                   United States District Judge